# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: JAMES M. MALECEK & VALERIE MALECEK                              Case Number: 04-72594
4878 WALNUT GROVE                          SSN-xxx-xx-7922 & xxx-xx-2465
POPLAR GROVE, IL  61065

Case filed on:       5/14/2004
Plan Confirmed on:   8/6/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $37,207.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 994.00 | 994.00 | 994.00 | 0.00 |
|  | Total Legal | 994.00 | 994.00 | 994.00 | 0.00 |
| 201 | CITIFINANCIAL MORTGAGE COMPANY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 1,030.82 | 1,030.82 | 195.62 | 248.80 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 6,636.77 | 6,636.77 | 1,259.09 | 1,602.51 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 7,667.59 | 7,667.59 | 1,454.71 | 1,851.31 |
| 999 | JAMES M. MALECEK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL MORTGAGE COMPANY | 30,509.44 | 30,509.44 | 30,509.44 | 0.00 |
|  | Total Secured | 30,509.44 | 30,509.44 | 30,509.44 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 2,903.81 | 2,613.43 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 2,243.55 | 2,019.19 | 0.00 | 0.00 |
| 007 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT CARD PLUS COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,147.36 | 4,632.62 | 0.00 | 0.00 |
|  | Grand Total: | 44,318.39 | 43,803.65 | 32,958.15 | 1,851.31 |

Total Paid Claimant:     $34,809.46
Trustee Allowance:       $2,397.54           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00          discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008             By  /s/Heather M. Fagan